IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT H. QUINN, JR. AND | ) | CASE NO. 13-42771 |
| DEETTE JEANNE QUINN | ) | |
| | ) | CHAPTER 7 |
| DEBTORS | ) | |

**TRUSTEE'S APPLICATION TO SELL PROPERTY OF THE ESTATE
FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES
WITH LIENS TO FOLLOW PROCEEDS AND NOTICE TO CREDITORS**

TO DEBTORS CREDITORS, AND ALL PARTIES IN INTEREST:

The undersigned duly qualified and acting Trustee in the above styled and numbered cause, files this her Application and Notice to Sell Property of the Estate Free and Clear of all Liens, Claims and Encumbrances, with Liens to Follow Proceeds as granted by 11 U.S.C. Sec.363(b)(1).

This case was filed as a Chapter 7 on November 16, 2013, and Applicant was appointed trustee, thereafter qualified and has continued to serve in that capacity.

In accordance with Rules 6004 and 2002 of the bankruptcy rules, notice is hereby given for the proposed sale of Debtor's interest in the following property to Debtors, Robert H. Quinn, Jr. & DeEtte Jeanne Quinn:

Non-exempt equity interest in Homestead at 3216 Cassidy Drive, Plano, Texas 75023

Specifics of the sale are:

1. Selling price: $125,000.00
2. Property is being sold "as is".
3. Trustee makes no warranties of any kind.
4. Liens, if any, will follow proceeds. Trustee is not aware of any liens.
5. Trustee requests authority to execute any and all documents to close this transaction.

**APPLICATION TO SELL PROPERTY OF ESTATE**                                                                              Page 1

The trustee believes this is a fair offer. There will be no realtor fees and the selling price reflects a fair market value.

**"NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED ON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUESTS FOR HEARING. THE COURT WILL THEREAFTER SET A HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. THE COURT RESERVES THE RIGHT TO SET ANY MATTER FOR HEARING."**

WHEREFORE, the Trustee prays that the Court enter an order approving the Trustee's Application to Sell Property of the Estate Free and Clear of all Liens, Claims and Encumbrances, with Liens to Follow Proceeds.

Dated: April 25, 2014

/s/ Linda S. Payne
Linda S. Payne
Chapter 7 Bankruptcy Trustee
12770 Coit Road, Suite 541
Dallas, TX 75251
972-628-3695 Telephone
972-628-3687 Facsimile
linda@paynetrustee.com

## CERTIFICATE OF SERVICE

      I, Linda Payne, certify that a true and correct copy of the foregoing Trustee's Application and Notice to Creditors for Sale of Property of the Estate is being forwarded by electronic transmission or by first class mail to all parties on the attached matrix on April 25, 2014.

      /s/ Linda Payne
      Linda Payne

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 13-42771<br>Eastern District of Texas<br>Sherman<br>Fri Apr 25 08:29:44 CDT 2014 | Beltline Ralty Partners, Ltd<br>PO Box 2492<br>Midland, Texas 79702-2492 | Beltline Realty Partners, Ltd<br>PO Box 2492<br>Midland, Texas 79702-2492 |
| Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Chase Amazon<br>PO Box 15298<br>Wilmington, Delaware 19850-5298 | Chase Freedom Rewards<br>PO Box 15298<br>Willmington, Delaware 19850-5298 |
| Community Trust Bank<br>c/o Stromberg Stock<br>8750 N Central Expwy, Ste 625<br>Dallas, TX 75231-6452 | Community Trust Bank<br>8222 Douglas Avenue<br>Suite 1<br>Dallas, Texas 75225-5993 | Community Trust Bank<br>co Stromberg Stock, PLLC<br>Two Lincoln Centre<br>5420 LBJ Frwy, Ste 300<br>Dallas, TX 75240-6271 |
| Brett Field<br>Stromberg Stock<br>Northpark Center<br>8750 N Central Expwy, Ste 625<br>Dallas, TX 75231-6452 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, Pennsylvania 19101-7346 | Kenneth L. Maun<br>PO Box 8046<br>McKinney, Texas 75070-8046 |
| M. White & Associats, LLC<br>101 East Park Bloulevard<br>Suite 300<br>Plano, Texas 75074-8864 | Linda S Payne<br>541 Banner Place<br>12770 Coit Road<br>Dallas, TX 75251-1336 | DeEtte Jeanne McKinley Quinn<br>3216 Cassidy Drive<br>Plano, TX 75023-6219 |
| Robert Hilory Quinn Jr.<br>3216 Cassidy Drive<br>Plano, TX 75023-6219 | Sam's<br>PO Box 965004<br>Orlando, Florida 32896-5004 | Michael B. Suffness<br>5201 W. Park Blvd.<br>Suite 100<br>Plano, TX 75093-2542 |
| The Mighty Quinn Holdings LLC<br>3216 Cassidy Drive<br>Plano, Texas 75023-6219 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20